BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5288
 Fax: (916) 324-5205

Attorneys for Defendants Turner and Park
CA2002CX0045

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DE WAYNE WASHINGTON,<br><br>                                  Plaintiff,<br><br>     v.<br><br>J. TURNER, et al.,<br><br>                                  Defendants. | CIV S-01-1677 LKK GGH P<br><br>[~~PROPOSED~~] ORDER |

## ORDER

The court finds there is good cause to grant Defendants' request for an extension of time to file a supplemental brief. Accordingly, Defendants are granted a period of thirty days, to and including September 5, 2005, to file and serve their response. Plaintiff's opposition is due September 19, 2005.

IT IS SO ORDERED.

Dated: 8/18/05

JAMES K. SINGLETON
UNITED STATES JUDGE

[Proposed] Order

1