**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

DEWAYNE WASHINGTON,

        Plaintiff,                No. CIV S-01-1677 JKS P

  vs.

J. TURNER, et al.,

        Defendants.        **ORDER & WRIT OF HABEAS CORPUS**
                                       /        **AD TESTIFICANDUM**

      DEWAYNE WASHINGTON, inmate # J-90769, a necessary and material witness in proceedings in this case on Monday, May 7, 2007 at 9:00 a.m., is confined in Pleasant Valley State Prison, 24863 West Jayne Avenue, PO Box, 8500, Coalinga, CA 93210, in the custody of the Warden James A. Yates; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 13th Floor, Courtroom 9, United States Courthouse, 501 I Street, Sacramento, CA on Monday, May 7, 2007 at 9:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, CA 95671.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden James A. Yates: Pleasant Valley State Prison, 24863 West Jayne Avenue, PO Box, 8500, Coalinga, CA 93210:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: April 10, 2007

                                                          /s/ David F. Levi
                                                          UNITED STATES DISTRICT JUDGE

/bb
wash1677.841