IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DE WAYNE WASHINGTON,

                Plaintiff,

  vs.

J. TURNER, et al.,

                Defendants.

Case No. 2:01-CV -1677 JKS P

ORDER OF DISMISSAL

      Plaintiff has moved for voluntary dismissal under Federal Rule of Civil Procedure 41(a). Defendants do not oppose Plaintiff's request.

**IT IS THEREFORE ORDERED:**

      This action is **DISMISSED** without prejudice and the trial by jury currently scheduled to commence on May 7, 2007, is **VACATED**.

      Dated this 25th day of April 2007.

                                                  /s/James K. Singleton, Jr.
                                                  **JAMES K. SINGLETON, JR.**
                                                    United States District Judge