IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE WAYNE WASHINGTON,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>J. TURNER, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:01-CV -1677 JKS P<br><br>ORDER OF DISMISSAL |

　　　Plaintiff has moved for voluntary dismissal under Federal Rule of Civil Procedure 41(a). Defendants do not oppose Plaintiff's request.

　　　**IT IS THEREFORE ORDERED:**

　　　This action is **DISMISSED** without prejudice and the trial by jury currently scheduled to commence on May 7, 2007, is **VACATED**.

　　　Dated this 25th day of April 2007.

　　　　　　　　　　　　　　　　　　　　　　　　/s/James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　**JAMES K. SINGLETON, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge