UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE WASHINGTON,<br><br>             Plaintiff,<br><br>vs.<br><br>J. TURNER, *ET AL.*,<br><br>             Defendants. | No. 2:01-cv-01677-JKS<br><br>ORDER APPOINTING COUNSEL |

     Discovery in this matter is closed, all dispositive motions have been decided, and it is currently set for a one-week trial by jury commencing September 24, 2007.

     Upon review of documents on file and good cause appearing, the court finds as follows:

     1.  Efforts to obtain legal representation for plaintiff without order of this court would be futile;

     2.  Plaintiff's income is 125 percent or less of the current poverty threshold established by the Office of Management and Budget of the United States and is otherwise without resources to obtain counsel;

     3.  This case is of a type that attorneys in this district ordinarily do not accept without prepayment of a fee;

     4.  This case is not a fee generating case within the meaning of California Business and Professions Code § 8030.4(g); and

     5.  This case has sufficient merit to warrant appointment pursuant to General Order No. 230.

     THEREFORE, IT IS ORDERED THAT:

     1. Malcolm Segal, Segal & Kirby, 770 L Street, Sacramento, CA 95814, telephone (916) 441-0828, e-mail msegal@gegal&kerby.com, is appointed as attorney for plaintiff pursuant to General Order No. 230;

  2.  Counsel is directed to contact the Clerk's Office to make arrangements for copies of the file; and

  3.  All other contemplated costs shall be handled as described in General Order No. 230.

DATED:  August 8, 2007

                   s/ James K. Singleton, Jr.
                   JAMES K. SINGLETON, JR.
                   United States District Judge