UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE WASHINGTON<br><br>     Plaintiff,<br><br>  vs.<br><br>J. TURNER, *ET AL.*,<br><br>     Defendants. | No. 2:01-cv-01677-JKS<br><br>ORDER APPOINTING COUNSEL<br>and<br>SETTING STATUS CONFERENCE |

   Discovery in this matter is closed, all dispositive motions have been decided, and it is currently set for a one-week trial by jury commencing September 24, 2007.  At Docket No. 189, due to a clerical error, the Court appointed Malcolm S. Segal as *pro bono* counsel in this case.

   THEREFORE, IT IS ORDERED THAT:

   1. The Appointment of Malcolm Segal, Segal & Kirby, as attorney for plaintiff pursuant to General Order No. 230 is hereby rescinded;

   2. Jeffrey L. Bornstein, K&L Gates LLP, 55 2nd Street, San Francisco, CA 94105, telephone 415-882-8200, e-mail jeff.bornstein@klgates.com, is hereby appointed as attorney for plaintiff pursuant to General Order No. 230;

   3.  Counsel is directed to contact the Clerk's Office to make arrangements for copies of the file; and

   4. A telephonic status conference will be held at **10:00 o'clock a.m. (PDT), Wednesday August 29, 2007**, at which time counsel for the parties will advise the Court whether this matter may proceed to trial as scheduled on September 24, 2007.  Counsel are to call (907) 677-6246 five minutes before the scheduled time.

DATED:  August 22, 2007

                         s/ James K. Singleton, Jr.
                         JAMES K. SINGLETON, JR.
                         United States District Judge