**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

DEWAYNE WASHINGTON,

        Plaintiff,         No. CIV S-01-1677 JKS PC

  vs.

J. TURNER, et al.,

        Defendants.      **ORDER & WRIT OF HABEAS CORPUS**
_____/      **AD TESTIFICANDUM**

        DeWayne Washington, inmate # J-90769, a necessary and material witness in proceedings in this case on October 31, 2007, is confined in California Medical Facility, 1600 California Drive, P.O. Box 2000, Vacaville, California, 95696-2000, in the custody of Suzan L. Hubbard, Warden (Acting); in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court before United States Magistrate Judge Dale A. Drozd, 8th Floor, Courtroom 27, United States Courthouse, 501 I Street, Sacramento, California on October 31, 2007, at 9:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

        3.  The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California 95671.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To Suzan L. Hubbard, Warden (Acting), California Medical Facility, 1600 California Drive, P.O. Box 2000, Vacaville, California, 95696-2000:**

        **WE COMMAND** you to produce the inmate named above to participate in a settlement conference before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: October 17, 2007.

                                              /s/ Dale A. Drozd
                                              DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/washington1677.settlement.writ