UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DeWayne Washington

        Plaintiff,                No. CIV 01-01677 JKS (PC)

  vs.

J. Turner, et al.

        Defendants.

## ORDER & WRIT OF HABEAS CORPUS/ AD TESTIFICANDUM

DeWayne Washington, inmate # J90769, a necessary and material witness in proceedings in this case on December 3, 2007, is confined in California Medical Facility, 1600 California Drive, Vacaville, CA 95696, in the custody of the California Department of Corrections and Rehabilitation; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court before the Honorable James K. Singleton, 13th Floor, Courtroom 9, United States Courthouse, 501 I Street, Sacramento, California on December 3, 2007, at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California   95671.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:**   The Warden of California Medical Facility, 1600 California Drive, Vacaville, CA 95696:

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:   October 17, 2007.

                                                        /s/James K. Singleton, Jr.
                                                      HONORABLE JAMES K. SINGLETON
                                                      UNITED STATES DISTRICT COURT JUDGE
                                                      EASTERN DISTRICT OF CALIFORNIA